AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>THOMAS EUGENE TATUM (AKA: Tommy Tatum) ▮▮▮▮▮▮ <br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) |

Case: 1:24-mj-00164
Assigned To : Judge Zia M. Faruqui
Assign. Date : 5/3/2024
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder; |
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building or Grounds; and |
| 40 U.S.C. § 5104(e)(2)(E) | Obstructing or Impeding Passage in a Capitol Building or Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 05/02/2024 _____                    _____
                                                                            *Judge's signature*

City and state: _____ Washington, D.C. _____    Zia M. Faruqui, U.S. Magistrate Judge
                                                                            *Printed name and title*