AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00164 |
| THOMAS EUGENE TATUM (AKA: Tommy Tatum) | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 5/3/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   __THOMAS EUGENE TATUM__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds; and
40 U.S.C. § 5104(e)(2)(E) - Obstructing or Impeding Passage in a Capitol Building or Grounds.

Date:   __05/03/2024__

*Zia M. Faruqui*
*Issuing officer's signature*

City and state:   __Washington, D.C.__   __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __06/26/2024__ , and the person was arrested on *(date)* __06/26/2024__
at *(city and state)* __Oxford, MS__ .

Date: __06/26/2024__

*Arresting officer's signature*

__Matthew Ezzell, Special Agent__
*Printed name and title*