**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No: 1:24-CR-00291 JDB |
| | ) | |
| **THOMAS EUGENE TATUM** | ) | |
| | ) | |
| **Defendant** | ) | |

**MOTION TO SUBSTITUTE COUNSEL**

COMES NOW the Defendant, THOMAS EUGENE TATUM, and motions this Honorable Court to allow substitution of counsel and would respectfully show unto the Court the following:

1. That the undersigned was appointed by the arresting jurisdiction and this Court to represent Mr. Tatum. Since the Court's appointment, Mr. Tatum has secured private counsel, Mr. Jonathan S. Gross, who has entered his appearance herein for Mr. Tatum.

2. That the undersigned counsel seeks an Order allowing his withdrawal and to be relieved of any further duties with respect to this matter.

RESPECTFULLY SUBMITTED this the 23RD day of JULY, 2024.

> */s/ Paul Chiniche*
> Paul Chiniche (MS#0012/MSB#101582)
> Chiniche Law Firm, PLLC
> Post Office Box 1202
> Oxford, Mississippi 38655
> Office: 662.234.4319
> Email: pc@chinichelawfirm.com

**CERTIFICATE OF SERVICE**

I, Paul Chiniche, counsel for Defendant Thomas Eugene Tatum, hereby certify that I have as of this date, filed the above and foregoing using the Court's Electronic Filing System (ECF) which sent a true and correct copy to counsel of record on the following person(s):

    Samuel White, Assistant U.S. Attorney
    Email:  samuel.white@usdoj.gov

    Jonathan Gross, Esq.
    Email: jonathansgross@gmail.com

SO CERTIFIED this the 23rd day of July, 2024.

                                              */s/ Paul Chiniche*
                                              Paul Chiniche (MS#0012/MSB#101582)