# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No: 1:24-CR-00291 JDB** |
| | ) | |
| **THOMAS EUGENE TATUM** | ) | |
| | ) | |
| **Defendant** | ) | |

## NOTICE OF PROPOSED ORDER SUBSTITUTING COUNSEL

COMES NOW the Defendant, THOMAS EUGENE TATUM, and submits this proposed Order Allowing Substitution Of Counsel attached hereto allowing Jonathan Gross to be substituted as counsel in the place or stead of Paul Chiniche.

RESPECTFULLY SUBMITTED this the 23RD day of JULY, 2024.

                                                */s/ Paul Chiniche*
                                                Paul Chiniche (MS#0012/MSB#101582)
                                                Chiniche Law Firm, PLLC
                                                Post Office Box 1202
                                                Oxford, Mississippi 38655
                                                Office: 662.234.4319
                                                Email: pc@chinichelawfirm.com

**CERTIFICATE OF SERVICE**

I, Paul Chiniche, counsel for Defendant Thomas Eugene Tatum, hereby certify that I have as of this date, filed the above and foregoing using the Court's Electronic Filing System (ECF) which sent a true and correct copy to counsel of record on the following person(s):

    Samuel White, Assistant U.S. Attorney
    Email:  samuel.white@usdoj.gov

    Jonathan Gross, Esq.
    Email: jonathansgross@gmail.com

SO CERTIFIED this the 23rd day of July, 2024.

                                              */s/ Paul Chiniche*
                                              Paul Chiniche (MS#0012/MSB#101582)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No: 24-MJ-164 |
| ) | |
| THOMAS EUGENE TATUM ) | |
| ) | |
| Defendant ) | |

### ORDER TO SUBSTITUTE COUNSEL

THIS CAUSE came before the Court upon the *ore tenus* motion of the Defendant, THOMAS EUGENE TATUM, to substitute counsel. It is hereby ordered that Attorney Jonathan S. Gross is substituted as counsel for Defendant, Thomas Eugene Tatum, and that Attorney Paul Chiniche is hereby relieved of any further duties with respect to this matter.

SO ORDERED this the ____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT

Agreed:

_____
Paul Chiniche, Esq.

_____
Jonathan S. Gross, Esq.