UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS TATUM,<br>      Defendant. | Criminal Action No. 24-291 (JDB) |

### ORDER

Before the Court is [15] attorney Paul Chiniche's motion to substitute counsel and [12] attorney Jonathan Gross's notice of appearance as counsel of record for defendant Thomas Tatum. The Court is aware that in United States v. Christopher Quaglin, Crim. A. No. 21-40-4 (TNM), Mr. Gross represented to the court last year that he is a "civil attorney" who had, at that time, "never practiced criminal law." Tr. of March 21, 2023 Status Conf. at 7, Quaglin, ECF No. 593. In that case, Mr. Gross sought a late continuance of trial to "build a defense team for Mr. Quaglin that has a criminal attorney." Id. at 9. Judge McFadden granted a continuance because "Mr. Quaglin [was] not in a position to go to trial" with Mr. Gross as his sole counsel. Id. at 17. It appears from the docket that Mr. Quaglin retained additional defense counsel for trial. See Notice of Attorney Appearance, Quaglin, ECF No. 632.

Accordingly, upon consideration of [15] Mr. Chiniche's motion to substitute counsel, [12] Mr. Gross's notice of appearance, the representations made by Mr. Gross in Quaglin, and the entire record herein, it is hereby **ORDERED** that Mr. Gross shall, by not later than July 30, 2024, provide the Court with a description of his criminal defense experience and his position on whether he would be capable of representing Mr. Tatum as sole counsel during the proceedings, including at trial.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: <u>July 23, 2024</u>