July 29, 2024

To Whom this may concern,

My name is Cindy Lou Young.  I am a January 6th defendant who has been represented by Attorney Jonathan Gross since November 20, 2023.  Mr. Gross is representing me in the criminal case filed against me by the Government.

Mr. Gross has been extremely professional and thorough in advising me and providing legal counsel in preparation for my trial that is scheduled to be held beginning on August 5th.  His legal expertise, as well as his dedication to providing the best legal defense for his clients is evident.

Working through a defense for a January 6 case is not an easy task.  There is an overwhelming amount of effort required to review video and open-source material and evidence, all of which Mr. Gross handles exceptionally.

I could not imagine a better skilled and dedicated attorney than Mr. Gross.  I am 100% confident in his ability, knowledge of the law and dedication toward providing the best representation possible in my case.

Sincerely,

/s/ Cindy L. Young

Cindy L. Young
January 6th Defendant